E-Filed: **8/7/09**

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY R. DAVIS, an Individual;<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., is a business entity form unknown; MORTGAGE SERVICE CENTER, aka CHARTER ONE, a business entity, form unknown; and DOES 1-10, Inclusive,<br><br>Defendant. | Case No. CV08-08348 GHK (FMOx)<br><br>**[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND PHH MORTGAGE CORPORATION** |

1   Upon the stipulation of the parties, pursuant to Federal Rule of Civil
2   Procedure 41(a), IT IS HEREBY ORDERED this matter be dismissed with
3   prejudice in its entirety with regard to Defendants Experian Information Solutions,
4   Inc. and PHH Mortgage Corporation.  Each party shall bear their own attorneys'
5   fees and costs incurred herein.

6

7

8   Dated:     8/9/09                    _____
9                                         JUDGE OF THE UNITED STATES
                                          DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

I, Angele Motlagh, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612. On August 6, 2009, I served a copy of the [PROPOSED] ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC. AND PHH MORTGAGE CORPORATION by electronic transmission.

I am familiar with the United States District Court Central District Of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Robert F. Brennan | Suzanne M. Hankins Esq. |
| Brennan, Wiener & Associates | SEVERSON AND WERSON APC |
| 3150 Montrose Ave. | 19100 Von Karman Avenue, Suite 700 |
| La Crescenta, CA  91214 | Irvine, CA  92612 |
| rbrennan@brennanlaw.com | smh@severson.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Tracey R. Davis | PHH Mortgage Corporation |

Executed on August 6, 2009 at Irvine, California.

*/s/ Angele Motlagh*
Angele Motlagh